UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

GLOBAL FINANCIAL ENTERPRISES, LLC,    Case No: 13-11478-EPK

    Debtor.    Chapter 11
_____/

### NOTICE OF CONFIRMATION THAT THE CELLULAR PHONES HAVE BEEN DELIVERED TO GEE PARTNERSHIP HOLDINGS, LLC AND GEE PARTNERSHIP HOLDINGS, LLC PAID $90,000 TO BE HELD IN TRUST

Undersigned counsel has received confirmation that the Cellular Phones[1] have been delivered to GEE Partnership Holdings, LLC ("GEE") and GEE paid $90,000 to its counsel. The *Order Granting Motion of GEE Partnership Holdings, LLC, Firebrand Wireless, LLC and RGG Consulting, LLC for: (I) Approval of Mediated Settlement Agreement, and (II) Enforcement of Mediated Settlement Agreement (D.E. 138) and Non-Dischargeable Judgment Against Sam Halim, Jr.* (the "Enforcement Order") [ECF No. 154] provided that "after the later of the Cellular Phones having been delivered to GEE (or its designee) and GEE having the paid the $90,000 [described above] . . . the Court will thereafter dismiss this Chapter 11 case *ex parte*."

    Respectfully Submitted,

    **SHRAIBERG, FERRARA & LANDAU, P.A.**
    Attorneys for the Debtor
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047

  By: /s/ Bradley S. Shraiberg
    Bradley S. Shraiberg
    Florida Bar No. 121622
    bshraiberg@sfl-pa.com

---

[1] The Cellular Phones shall have the meaning ascribed to them in the Enforcement Order.

{1752/000/00221682}

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case and via First Class U.S. mail to all parties on the attached Service List on this 20th day of February, 2014.

Respectfully Submitted,

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By: /s/ Bradley S. Shraiberg
 Bradley S. Shraiberg
 Florida Bar No. 121622
 bshraiberg@sfl-pa.com

Service List
Case No. 13-11478-EPK

**Sent via CM/ECF Electronic Mail**

Eyal Berger, Esq. on behalf of Interested Party GEE Partnership Holdings, LLC
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Patrick R Dorsey on behalf of Debtor Global Financial Enterprises, LLC
pdorsey@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;scusack@sfl-pa.com

Catherine E Douglas on behalf of Interested Party GEE Partnership Holdings, LLC
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

David B Marks on behalf of Interested Party GEE Partnership Holdings, LLC
brett.marks@akerman.com, charlene.cerda@akerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Interested Party Nabila Halim
rappaport@kennethrappaportlawoffice.com

Leslie S. Osborne, Esq. on behalf of Interested Party Sam Halim, Sr.
rappaport@kennethrappaportlawoffice.com

Lenore M Rosetto on behalf of Debtor Global Financial Enterprises, LLC
lrosetto@sfl-pa.com, scusack@sfl-pa.com

Bradley S Shraiberg on behalf of Attorney Shraiberg, Ferrara & Landau P.A.
bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com

Bradley S Shraiberg on behalf of Debtor Global Financial Enterprises, LLC
bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com


**Sent via First Class U.S. Mail:**

Scott C. Frost
200 S Michigan Ave #1100
Chicago, IL 60604

Lisa S Gretchko
450 W 4 St
Royal Oak, MI 48067

[to all parties on the attached mailing matrix]

{1752/000/00221682}

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 13-11478-EPK<br>Southern District of Florida<br>West Palm Beach<br>Thu Feb 20 12:15:44 EST 2014 | Global Financial Enterprises, LLC<br>6420 Congress Avenue, Suite 1800<br>Boca Raton, FL 33487-2811 | Shraiberg, Ferrara & Landau P.A.<br>2385 NW Executive Center Dr<br>Suite 300<br>Boca Raton, FL 33431-8530 |
| Al Huda Insaat<br>Kizil Serce Sok no. 19-20<br>Goksu Deresi Anadolu Hisar<br>Instanbul, Turkey | BLM TEKNOLOJLER SERVS HZMETLER LTD. T.<br>Orhanl Mah. Cardak sk. no:1 Tuzla/stanbu<br>istanbul, TN 34 | BT Servis: Bilisim Teknolojileri Servis<br>Hizmetleri Ltd. Sti.<br>Orhanli Mh.  ardak Sk. No : 1<br>Tuzla - ISTANBUL |
| David Kahan, Esq.<br>David Kahan, P.A.<br>6420 Congress Ave., Suite 1800<br>Boca Raton, FL 33487-2811 | Fire Brand Wireless<br>928 Donata Court<br>Lake Zurich, IL 60047-5025 | Firebrand Wireless LLC<br>c/o Akerman Senterfitt<br>350 E. Las Olas Blvd. - #1600<br>Fort Lauderdale, FL 33301-4247 |
| Florida Department of Revenue<br>Florida Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0135 | GEE Partnership Holdings, LLC<br>c/o Miles T. Macik, Mark W. Peyser<br>450 W. 4th Street<br>Royal Oak, MI 48067-2557 | GEE Partnership Holdings, LLC<br>c/o Miles T. Macik, Patrick McCarthy,<br>Mark W. Peyser<br>101 N. Main Street, Ste 610<br>Ann Arbor, MI 48104-1498 |
| Gee Partnership Holdings, LLC<br>c/o Akerman Senterfitt<br>350 E. Las Olas Blvd. - #1600<br>Fort Lauderdale, FL 33301-4247 | Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Miller Canfield P.A.<br>c/o Larry J. Saylor, Emma T. Chen<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226-4432 | My Screen Mobile, Inc.<br>70 Yorkville Avenue, Suite 300<br>Toronto, Ontario Canada M5R 1B9 | NAPI<br>c/o David Kahan, P.A.<br>6420 Congress Avenue<br>Suite 1800<br>Boca Raton, FL 33487-2811 |
| Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Tax Collector<br>301 North Olive Ave<br>West Palm Beach, FL 33401-4791 |
| RGG Consulting LLC<br>c/o Akerman Senterfitt<br>350 E. Las Olas Blvd. - #1600<br>Fort Lauderdale, FL 33301-4247 | SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 | Sam Halim<br>c/o David Kahan, P.A.<br>6420 Congress Avenue, Suite 1800<br>Boca Raton, FL 33487-2811 |
| Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 | Seref Akin<br>Akin Family<br>4455 NW 24th Ave<br>Boca Raton, FL 33431-8408 | Tanbar Ltd. d/b/a SEKO Worldwide<br>6800 S. Cypress<br>Romulus, MI 48174-3550 |
| Tekofaks Teknoloji: Tekofaks Teknoloji<br>Urunleri Paz. A.S. / Tekofaks Technology<br>Products Marketing Co.<br>Ayazaga Mah. Mezarlik Sk. No:1<br>34396 Sisli, Istanbul, Turkey | US Attorney Southern District of Florida<br>500 East Broward Boulevard<br>Fort Lauderdale, FL 33394-3000 | United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 |

| | | |
|---|---|---|
| Yilmaz Kalkavan<br>1202 E. Hillsboro Blvd<br>Deerfield Beach, FL 33441-4201 | Bradley S Shraiberg<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431-8530 | James F Martin<br>ACM Capital Partners<br>200 South Biscayne Blvd<br>7th Flr<br>Miami, FL 33131-5351 |
| Lenore M Rosetto<br>2385 NW Executive Ctr Dr # 300<br>Boca Raton, FL 33431-8530 | Nabila Halim<br>c/o Les S Osborne, Esq<br>Rappaport Osborne & Rappaport, PL<br>1300 N Federal Hwy, #203<br>Boca Raton, FL 33432-2848 | Patrick R Dorsey<br>2385 NW Executive Ctr Dr # 300<br>Boca Raton, FL 33431-8530 |
| Sam Halim Sr.<br>c/o Les S Osborne, Esq.<br>Rappaport Osborne & Rappaport, PL<br>1300 N Federal Hwy, #203<br>Boca Raton, FL 33432-2848 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)GEE Partnership Holdings, LLC | (u)West Palm Beach | (u)Seref Akin<br>Akin Famly |
| (u)Yilmaz Kalkavan | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     4<br>Total                  40 | |