

ORDERED in the Southern District of Florida on February 21, 2014.

Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                            Case No. 13-11478-EPK

**GLOBAL FINANCIAL ENTERPRISES, LLC,**        Chapter 11

    Debtor.
_____/

### ORDER DISMISSING CASE

**THIS MATTER** came before the Court upon the *Notice of Confirmation that the Cellular Phones Have Been Delivered to GEE Partnership Holdings, LLC and GEE Partnership Holdings, LLC Paid $90,000 to Be Held in Trust* [ECF No. 156] (the "Notice"). On January 24, 2014, the Court entered the *Order Granting Motion of GEE Partnership Holdings, LLC, Firebrand Wireless, LLC and RGG Consulting, LLC For: (I) Approval of Mediated Settlement Agreement (D.E. 138) and Non-Dischargeable Judgment Against Sam Halim, Jr.* [ECF No. 154] (the "Order"). The Order stated, among other things,

> IT IS FURTHER ORDERED that, after the later of the Cellular Phones having been delivered to GEE (or its designee) and GEE having paid the $90,000 (US) described in the preceding paragraph to Howard & Howard, Attorneys PLLC, then counsel for the Settling Creditors shall file a notice with the Court confirming delivery of the Cellular Phones to GEE or its designee and payment of $90,000 (US) to Howard & Howard Attorneys, PLLC and the Court will thereafter dismiss this Chapter 11 case *ex parte*.

According to the Notice, all conditions for dismissal of this case have been satisfied. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This case is DISMISSED.

2. The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since the period reported on the last debtor-in-possession report filed by the debtor.

3. The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order.

4. The Court shall retain jurisdiction to enforce the provisions of this Order.

###

Copies Furnished To:

Bradley S. Shraiberg, Esq.

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this Order upon all appropriate parties and to file a certificate of service with the Court.*